UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMANI COURVOISIER STELLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTINEZ DETENTION FACILITY,<br><br>　　　　Defendant. | Case No. 25-cv-01975-JSC<br><br>**ORDER OF DISMISSAL** |

　　　　On July 18, 2025, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief.  (ECF No. 9.)  Plaintiff was granted 28 days to file an amended complaint and warned that if he did not do so the case would be dismissed.  He has not filed an amended complaint, requested an extension of time, or shown cause why not.[1]  This case is accordingly DISMISSED with prejudice.  *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

　　　　The Clerk shall enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: October 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff filed a notice of change of address on August 4, 2025.  On September 3, 2025, the Clerk remailed the order of dismissal with leave to amend to Plaintiff at his new address, but he did not respond.